ORAL ARGUMENT HAS NOT BEEN SCHEDULED

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

No. 17-7061                                      September Term, 2016

1:13-cv-00600-CRC

Filed On: April 12, 2017 [1670792]

Karen H. Scott,

    Appellant
  v.

District Hospital Partners, L.P., agent of
George Washington University Hospital and
UHS of Delaware, Inc.,

    Appellees

**PLAINTIFF/APPELLANT'S MOTION TO PROCEED ON THE RECORD**

    Plaintiff/appellant Karen H. Scott, proceeding *in forma pauperis*, acting by and through her undersigned attorney, requests of this Court that it allow her to proceed on the record without an appendix. She does so pursuant to Federal Rule of Appellate Procedure 30(c) (f) and local Rule 30 (d). As her reasons for making this request she states as follows: 1) By Order of the court she was granted permission to proceed *in forma pauperis* (Minute Order 4/4/2017); 2) For over 2 and ½ years she has been struggling to find steady employment and, until recently,

1

when she was able to pay $100. to help with expenses has been unable to pay counsel, who is effectively proceeding *pro bono* on her behalf; 3) In an effort to minimize expenses, plaintiff suggested to defendants an appendix list designed to minimize the cost of the appendix while complying with the rules, particularly omitting memoranda per FRAP 30(b)(2), and designating only necessary material; In response defendants suggested an extremely large number of additions to the appendix that they desired, including a substantial number of memoranda and other documents believed to be unnecessary from plaintiff's perspective; plaintiff agreed to adopt certain of the suggestions but not others.

In accordance with FRAP30(b)(2) counsel then requested of defendants' counsel that defendants advance the costs of including the additional items requested in the appendix.   Counsel for defendants responded with the blanket assertion that appellants pay the cost of the appendix, ignoring that part of the rule just referred to.  This standoff continued through several subsequent email exchanges.   Obviously. this expanded, expensive appendix presents a tactical advantage to defendants vis-à-vis a plaintiff proceeding *in forma pauperis*. Plaintiff is impoverished while defendants, by contrast, run one of the largest employers in the District of Columbia and have an extremely large budget for which the requested advance would be *de minimis* in the context of their overall operation.   The record itself is adequate to the court's consideration of this appeal.

Wherefore, plaintiff requests that she be allowed to proceed on the record without an appendix.

Respectfully submitted,

/s/

Laurence A. Elgin  Bar # 159582
601 Pennsylvania Avenue, NW
Suite 900 South Building
Washington DC 20004-2601
(202) 628-1114
lawnet.lae@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing to be served electronically upon counsel of record, using the court's electronic filing system, this 1st day of September 2017.

/s/
Laurence A. Elgin