# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 17-7061** | **September Term, 2017** |
| | 1:13-cv-00600-CRC |
| | Filed On: September 5, 2017 |

Karen H. Scott,

    Appellant

    v.

District Hospital Partners, L.P., agent of
George Washington University Hospital and
UHS of Delaware, Inc.,

    Appellees

## O R D E R

It is, **ORDERED**, on the court's own motion, that the filing of the appendix and final briefs established in the June 14, 2017 order be suspended pending further order of the court. The deadline for appellant's reply brief due September 6, 2017, remains in effect.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:  /s/
       Daniel Reidy
       Deputy Clerk